# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

Rentech WP U.S., Inc. *et. al.*
                Debtors.

EAD Control Systems, Inc.; EAD Engineering, Inc.
                Appellant,

v.

Peter Kravitz, as Liquidation Trustee of the Rentech Liquidation Trust in the Chapter 11 cases of Rentech WP U.S., Inc and Rentech, Inc.
                Appelles

C. A. No. 18-1863-MN

Bankruptcy Case No. 17-12958-CSS
BAP No. 18-00057

## **RECOMMENDATION**

At Wilmington this **2nd** day of **January, 2018**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, the court conducted an initial review, which included information from counsel, to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of the above screening process, the issues involved in this case are not amenable to mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a)

Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court. Since this Recommendation is consistent with the parties request, no objections pursuant to 28 U.S.C. § 636(b)(1)(B), FED. R. CIV. P. 72(a) and D. DEL. LR 72.1 are anticipated.

IT IS ORDERED that counsel are to file their agreed upon/proposed briefing schedule for review and signature by Judge Noreika.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge Mary Pat Thynge