IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: RENTECH WP U.S., INC., et al.,<br><br>Debtors.<br>_____<br><br>EAD CONTROL SYSTEMS, INC. and<br>EAD ENGINEERING, INC.,<br><br>Appellants,<br><br>v.<br><br>PETER KRAVITZ, as Liquidation Trustee<br>of the Rentech Liquidation Trust in the<br>Chapter 11 cases of Rentech WP U.S., Inc.<br>and Rentech, Inc.,<br><br>Appellees. | C.A. No. 18-1863 (MN)<br><br>Bankruptcy Case No. 17-12958 (CSS)<br>BAP No. 18-0057 |

## **ORDER**

At Wilmington this 3rd day of January, 2019, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court (D.I. 4);

IT IS HEREBY ORDERED that the recommendation is ADOPTED and the parties are directed to submit a proposed briefing schedule to the Court no later than February 4, 2019.

_____
The Honorable Maryellen Noreika
United States District Court